KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE COMBINED WORLD TRADE CENTER        21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X
FERNANDO PINO,
                                                                    DOCKET NO.:
                                                                    08 CV 2245
                    Plaintiff,

    -against-

100 CHURCH, LLC, AMBIENT GROUP, INC.,
CUNNINGHAM DUCT CLEANING CO., INC.,              NOTICE OF
GPS ENVIRONMENTAL CONSULTANTS, INC.,             APPEARANCE
INDOOR ENVIRONMENTAL TECHNOLOGY,
INC., LAW ENGINEERING, P.C., MERRILL
LYNCH & CO., INC., ROYAL AND SUNALLIANCE
INSURANCE GROUP, PLC, TRC ENGINEERS, INC.,
AND ZAR REALTY MANAGEMENT CORP., ET AL.

                    Defendants.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

   Enter my appearance as counsel in this case for:

                **CUNNINGHAM DUCT WORK s/h/i/a**
                **CUNNINGHAM DUCT CLEANING CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York
      April 3, 2008

<u>Kevin G. Horbatiuk</u>
Kevin G. Horbatiuk (KGH4977)
Matthew P. Mazzola (MM-7427)
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
RUSSO, KEANE & TONER, LLP
26 Broadway, 28th Floor
New York, New York 10004
(212) 482-0001
RKT File No. 824.078

TO:   CHRISTOPHER R. LaPOLA, ESQ.,
       WORBY GRONER EDELMAN & NAPOLI BERN, LLP
       Attorney for Plaintiff
       **FERNANDO PINO**
       115 Broadway - 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 3rd day of April, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**FERNANDO PINO**
115 Broadway 12th Floor
New York, New York 10006

_____
**KEVIN G. HORBATIUK**