UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

                                                    **21 MC 102 (AKH)**

IN RE:  LOWER MANHATTAN
MANHATTAN DISASTER SITE LITIGATION

_____

FERNANDO PINO,                                          08-CIV-2245 (AKH)

                Plaintiff,

  -against-

100 CHURCH, LLC, ET. AL.,

                Defendants.
_____

## **NOTICE OF APPEARANCE**

      Please enter the appearances of John J. Henry, Esq., and William S. Nolan of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated:  Albany, New York
        May 15, 2008                     WHITEMAN OSTERMAN & HANNA LLP

                                              /s/ John J. Henry
                              BY:   _____
                                              John J. Henry (JH-7137)
                                            William S. Nolan (WN-8091)
                                            Attorneys for Defendant TRC Engineers, Inc.
                                            One Commerce Plaza
                                            Albany, New York  12260
                                            (518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 15th day of May, 2008, via ECF upon the ECF participants.

/s/ Carrie L. Lalyer
_____
Carrie L. Lalyer