UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

---------------------------------------------------------------X

| | |
|---|---|
| FERNANDO PINO, | 08-CV-02245-AKH |
| Plaintiff, | |
| | **APPEARANCE** |
| - against - | |
| | **ELECTRONICALLY FILED** |
| 100 CHURCH, LLC, *et al.*, | |
| Defendants. | |

---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York           DICKSTEIN SHAPIRO LLP
       June 30, 2008

                            By:      /s/ Judith R. Cohen
                                       _____
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       MERRILL LYNCH & CO., INC.